■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v TOUSSANT CORRICA, Defendant. [966 NYS2d 910]—Application by the defendant for a writ of error coram nobis seeking leave to file a

late notice of appeal from a judgment of the Supreme Court, Kings County, rendered October 22, 1984.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Hall, Cohen and Miller, JJ., concur.